PROB 12C
(7/93)

Report Date: January 7, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert George Fitzpatrick | Case Number: 0980 2:98CR06013-SMJ-1 |
| | 2:99CR06024-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: January 21, 2000

| | | | |
|---|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 21139(a); Bank Robbery, 18 U.S.C. § 2113(a); | | |
| Original Sentence: | Prison 168 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | November 7, 2013 |
| Defense Attorney: | Allison Gusernsey | Date Supervision Expires: | August 6, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/08/2015 and 09/29/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 19**: The offender shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances. |
| | **Supporting Evidence**: On December 30, 2015, Robert George Fitzpatrick failed to report for urine drug testing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/07/2016

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
**Re: Fitzpatrick, Robert George**
**January 7, 2016**
**Page 2**

---

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

01/07/2016
Date